OPINION # ___O-7490___ WAS NEVER ISSUED OR

WAS WITHDRAWN.